IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kostner, Keith Patrick | Case Number: 05 B 12073 |
|---|---|---|
| | Kostner, Sandra Marie | Judge: Wedoff, Eugene R |
| | Printed: 12/02/08 | Filed: 3/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 30, 2008
Confirmed: May 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,854.93 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,839.74 |
| Priority: | | 289.47 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 765.03 |
| Other Funds: | | 260.69 |
| Totals: | 14,854.93 | 14,854.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 289.47 | 289.47 |
| 4. | RoundUp Funding LLC | Unsecured | 2,817.19 | 4,024.56 |
| 5. | Internal Revenue Service | Unsecured | 1,541.20 | 2,201.71 |
| 6. | ECast Settlement Corp | Unsecured | 408.52 | 583.60 |
| 7. | ECast Settlement Corp | Unsecured | 692.86 | 989.80 |
| 8. | Capital One | Unsecured | 1,157.36 | 1,653.37 |
| 9. | Jefferson Capital | Unsecured | 400.79 | 572.55 |
| 10. | Performance Capital Mgmt | Unsecured | 512.55 | 732.22 |
| 11. | Illinois Dept of Revenue | Unsecured | 57.35 | 81.93 |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Elmhurst Emergency Med Service | Unsecured | | No Claim Filed |
| 14. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| | | | $ 10,577.29 | $ 13,829.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kostner, Keith Patrick | Case Number: 05 B 12073 |
|---|---|---|
| | Kostner, Sandra Marie | Judge: Wedoff, Eugene R |
| | Printed: 12/02/08 | Filed: 3/31/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 20.76 |
| 3% | 25.19 |
| 5.5% | 91.67 |
| 5% | 146.92 |
| 4.8% | 91.15 |
| 5.4% | 237.84 |
| 6.5% | 136.71 |
| 6.6% | 14.79 |
| | $ 765.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

